Todd M. Friedman (216752)
Darin Shaw (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
dshaw@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CAROLINA MILAN,** | Case No. CV11-7169 |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **MONARCH RECOVERY MANAGEMENT, INC.,** | |
| Defendant. | |

   NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Stipulation and Order for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

   Respectfully submitted this 8th day of March, 2012.

>   By: s/Todd M. Friedman
>   TODD M. FRIEDMAN
>   Law Offices of Todd M. Friedman, P.C.
>   Attorney for Plaintiff

Filed electronically on this 8th day of March, 2012, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable George H. Wu
United States District Court
Central District of California

John Ksajikian
Law Offices of Skebba & Isaac
777 S. Figueroa St.
Suite 1507
Los Angeles CA 90017

This 8th day of March, 2012.

s/Todd M. Friedman
Todd M. Friedman