# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV11-07169 JAK (MANx) | Date | March 12, 2012 |
|---|---|---|---|
| Title | Carolina Milan v. Monarch Recovery Management, Inc. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**    **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On March 8, 2012, plaintiff filed "Notice of Settlement" (Dkt. 16).  The Court sets an Order to Show Cause re Dismissal for May 7, 2012 at 1:30 p.m.  If the parties file a dismissal by May 3, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The April 2, 2012 post mediation status conference, July 16, 2012 final pretrial conference, July 27, 2012 exhibit conference, and July 31, 2012 jury trial are vacated.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |