Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA MILAN, | Case No. CV11-7169 |
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE** |
| vs. | |
| MONARCH RECOVERY MANAGEMENT, INC., | |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss with prejudice this matter pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and expenses. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 2nd day of May, 2012

By: s/Todd M. Friedman
      Law Offices of Todd M. Friedman, P.C.
      Attorney for Plaintiff

By: s/John Ksajikian
      Law Offices of Skebba & Isaac
      Attorney for Defendant

Stipulation to Dismiss- 1

Filed electronically on this 2nd day of May, 2012, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

John Ksajikian
Law Offices of Skebba & Isaac
777 S. Figueroa St.
Suite 1507
Los Angeles CA 90017

This 2nd day of May, 2012.

s/Todd M. Friedman
Todd M. Friedman