# JS-6

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **CAROLINA MILAN,** | ) | Case No. CV11-7169 JAK (MANx) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| **MONARCH RECOVERY MANAGEMENT, INC.,** | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.  Each party shall bear their own costs and expenses.

Dated this 3rd day of May, 2012.

_____
The Honorable John A. Kronstadt